AUSA: Erin Ramamurthy  Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Amy Hirina  Telephone: (248) 879-6090

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Steven Harvey Bishop

Case No. Case: 2:22−mj−30297
Assigned To : Unassigned
Assign. Date : 7/6/2022
USA V. BISHOP (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Oct. 2021 through Jan. 2022__ in the county of __Oakland and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | Online enticement of a minor to engage in illicit sexual activity |
| 18 USC §§ 2251(a) and (e) | Production of and attempting to produce child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Amy M. Hirina, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 6, 2022__

_Judge's signature_

City and state: __Detroit, Michigan__  Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Amy M. Hirina, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I have been employed as a Special Agent of the FBI since 2005, and am currently assigned to the FBI Detroit Division, Oakland County Resident Agency. While employed by the FBI, I have investigated federal criminal violations involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for STEVEN HARVEY BISHOP (DOB XX/XX/1987) for violations of 18 U.S.C. § 2422(b) (online enticement of a minor to engage in illicit sexual activity) and 18 U.S.C. §§ 2251(a) and (e) (production of and attempting to produce child pornography).

1

## II.   PROBABLE CAUSE

4.     On or about January 4, 2022, Witness 1, whose identity is known to the Royal Oak Police Department (ROPD), contacted the ROPD and stated she received Instagram messages from user "andreafrom********." Instagram user "andreafrom********" sent Witness 1 screenshots of conversations between "WhiskeyJack" and individuals purporting to be minors. Witness 1 knew that Steven Harvey Bishop utilized the Discord[1] username "WhiskeyJack#3572" and Instagram username "whiskeyjack11o."

5.     Witness 1 provided the screenshots she received from "andreafrom********" to the ROPD. Below is a conversation excerpt (which appears to be from Discord) from a screenshot sent by Instagram user "andreafrom********" to Witness 1:

| WhiskeyJack | And ur 14 from France huh? |
| ay | Yeahh |
| WhiskeyJack | The filter ages u up quite a bit then bc u don't look 14 |
| ay | ohh u really think so? |
| WhiskeyJack | Yeah I do |
| ay | oh well thanks<br>ppl often tell me i look older than my age |

---

[1] "Discord is a free voice, video and text chat app that's used by tens of millions of people ages 13+ to talk and hang out with their communities and friends."

2

| WhiskeyJack | How u gonna be lewd for me if ur phone camera broke anyway |

6. On January 7, 2022, a search warrant seeking information for Discord Account "WhiskeyJack#3572" was issued by the 44th District Court, Oakland County, State of Michigan. A review of the messages provided by Discord from the search warrant return revealed the following Discord messages between "WhiskeyJack#3572" and "Mushroom*****:"

| 10/29/2021 | Mushroom***** | how old are you anyway?? |
| 10/29/2021 | WhiskeyJack#3572 | 18, y |
| 10/29/2021 | Mushroom***** | 16 |
| 10/29/2021 | WhiskeyJack#3572 | Oh well uhhh,….I mean I'm not a cop lol |
| 10/29/2021 | Mushroom***** | hehe its okay i don't mind~ |
| 10/29/2021 | WhiskeyJack#3572 | Well damn I'm lucky then |

| 11/04/2021 | Mushroom***** | love u daddy<3 |
| 11/04/2021 | WhiskeyJack#3572 | lly2, can I call u? |
| 11/04/2021 | Mushroom***** | yes daddy<3 |
| 11/04/2021 | WhiskeyJack#3572 | Get naked so I can see u when u get on cam |
| 11/04/2021 | Mushroom***** | lly2 baby |

3

| 11/04/2021 | WhiskeyJack#3572 | If you can't get naked at least touch yourself, now |
| --- | --- | --- |
| 11/04/2021 | Mushroom***** | daddy can i have tonight off my allergies r rly bad.. |
| 11/04/2021 | WhiskeyJack#3572 | Daddy wants to cum with u |
| 11/04/2021 | WhiskeyJack#3572 | For now u can take it easy |
| 11/04/2021 | Mushroom***** | thank u daddy^^ |
| 11/04/2021 | WhiskeyJack#3572 | Yw slave |
| 11/04/2021 | WhiskeyJack#3572 | *[Three links sent. Two links were no longer active and the third was a GIF of a cat licking another cat.]* |
| 11/04/2021 | WhiskeyJack#3572 | Slave I have an instruction for you. I want a pic of you naked, one hand pinching a nipple and one hand rubbing your clit, before I wake up in about 8 hours. I want something nice to wake up to.<br>Make sure I can see your face in it.<br>See you soon ðŸ˜‰ |
| 11/04/2021 | WhiskeyJack#3572 | ….it looks like you didn't follow daddy's instructions |

7.     On May 17, 2022, Minor Victim (MV), DOB (XX/XX/2005), was forensically interviewed. MV stated she used the Discord account "Mushroom*****" to communicate with Discord user "WhiskeyJack#3572." MV would Facetime with "WhiskeyJack#3572" on Discord. During the Facetime calls,

4

"WhiskeyJack#3572" would tell MV to do sexual acts such as masturbate using her hand, slap herself across the face, put a gag in her mouth, deep throat her perfume bottle, and put a hairbrush inside her vagina. While MV was engaging in these activities, "WhiskeyJack#3572" would tell her he was masturbating and when he was going to ejaculate. "WhiskeyJack3572" did not have his camera on during the Facetime calls. "WhiskeyJack#3572" asked MV if he could take screenshots during the Facetime calls and MV said no, but MV believes "WhiskeyJack#3572" took screenshots anyway.

8. A review of Discord account "WhiskeyJack#3572" revealed photographs of an individual who is visually similar to STEVEN BISHOP's driver's license photograph. During Discord conversations, "WhiskeyJack#3572" provided the phone number 248-9XX-2XXX, and the same month and day of birth as STEVEN BISHOP.

9. On or about January 13, 2022, Meta Platforms, Inc, responded to a 44th District Court, Oakland County, State of Michigan, search warrant seeking information for Instagram account "whiskeyjack11o" with the following information:

> Name: Steven Bishop
> Phone number: +12489XX2XXX (verified)
> IP Address: 73.144.149.183 / Time: 2021-11-25 00:03:50 UTC

5

10. An open-source search revealed IP address 73.144.149.183 was assigned to Comcast Cable.

11. On or about January 21, 2022, Comcast responded to a 44th District Court, Oakland County, State of Michigan, search warrant seeking information for IP address 73.144.149.183 / Time: 2021-11-25 00:03:50 UTC, with the following information:

> Subscriber Name: Steven Bishop
> Service Address: xxxx N. Campbell Road, Royal Oak, MI
> Telephone #: 248-9XX-2XXX

12. On or about January 11, 2022, Discord, Inc. responded to a 44th District Court, Oakland County, State of Michigan, search warrant seeking information for Discord account "WhiskeyJack#3572" with the following information:

> Phone number: +2489XX2XXX
> Registration Time: 2016-08-07
> Session Start (UTC) / IP Address: 2021-11-25 00:01:03 /
>   73.144.149.183.1.1.1.1.1

13. Witness 1 provided BISHOP's address as xxxx N. Campbell, Royal Oak Michigan, telephone 248-9XX-2XXX.  Witness 1 advised that Bishop moved out of the Royal Oak residence after Witness 1 told Bishop about the screenshots she received.

14. A search of the CLEAR database revealed telephone number 248-9XX-2XXX and address 9XX Marengo Drive, Troy, Michigan is associated with Bishop.

6

15. On July 6, 2022, a search warrant was executed at 9XX Marengo Drive, Troy Michigan. STEVEN BISHOP was present at the residence and agreed to be interviewed at the FBI Oakland County RA office. BISHOP provided his Instagram user account as "whiskeyjack11o" and his Discord accounts as "whiskeyjack" and "whiskeyjack11o." BISHOP advised he has had sexual conversations on the internet with three females under the age of 16. BISHOP recalled two of the minor females went by the Discord user names "Darling" and "Mushroom." BISHOP requested nude photographs from "Darling" and "Mushroom," and both users sent multiple nude images to BISHOP. BISHOP would Facetime on Discord with "Mushroom" and ask her to masturbate for him with her fingers, hairbrush, and perfume bottle.

16. Based on the Discord conversations observed on BISHOPS's Discord account "WhiskeyJack#3572," forensic interviews conducted with minors communicating with BISHOP, and BISHOP's admissions, I believe that probable cause exists that STEVEN HARVEY BISHOP (DOB XX/XX/1987) violated 18 U.S.C. § 2422(b) (online enticement of a minor to engage in illicit sexual activity) and 18 U.S.C. §§ 2251(a) and (e) (production of and attempting to produce child pornography).

Respectfully submitted,

Amy M. Hirina, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: July 6, 2022

8